Certificate Number: 17082-PAM-DE-037256467

Bankruptcy Case Number: 23-00251



17082-PAM-DE-037256467

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on March 13, 2023, at 10:13 o'clock AM MST, ROSE ZIMINSKY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 13, 2023    By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director