United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 23-00251-MJC
Rose Marie Ziminsky     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Mar 13, 2023     Form ID: ntcnfhrg     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rose Marie Ziminsky, 395 North Hampton Street, Kingston, PA 18704-5403 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 13 2023 18:48:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520392 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2023 18:49:22 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5520394 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2023 18:44:00 | Comenity Bank, PO Box 182120, Columbus OH 43218-2120 |
| 5520393 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2023 18:44:00 | Comenity Bank, PO Box 182273, Columbus OH 43218-2273 |
| 5520395 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2023 18:44:00 | Comenity Bank Total Rewards Visa, 3095 LOYALTY CIRCLE,BUILDING A, COLUMBUS, OH 43219-3673 |
| 5520396 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2023 18:44:00 | Comenity Capital Bank/Boscovs, P.O. Box 182120, Columbus OH 43218-2120 |
| 5520397 | | Email/Text: mrdiscen@discover.com | Mar 13 2023 18:43:00 | Discover, PO Box 15316, Wilmington DE 19850 |
| 5521314 | | Email/Text: mrdiscen@discover.com | Mar 13 2023 18:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5520400 | | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2023 18:59:49 | SYNCB/AMAZON, PO BOX 965015, Orlando, FL 32896-5015 |
| 5520399 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2023 18:59:40 | Sears/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5520398 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2023 18:59:56 | Sears/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5520699 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2023 18:59:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520401 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2023 18:49:14 | Synchrony Bank Home, PO Box 965036, Orlando FL 32896-5036 |
| 5520402 | | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2023 18:59:47 | Synchrony Bank JC Penney, PO Box 965036, Orlando FL 32896-0090 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Rose Marie Ziminsky johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rose Marie Ziminsky,
aka Rose M Ziminsky,

Chapter 13

**Debtor 1**

Case No. 5:23−bk−00251−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 20, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 27, 2023 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 13, 2023 |

ntcnfhrg (08/21)