Debtor 1     ROSE MARIE ZIMINSKY

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE     District of   PA
                                                           (State)

Case number   23-00251

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made       12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1:   Mortgage Information

**Name of claim holder:**    NATIONSTAR MORTGAGE        **Court claim no.** (if known):
                                                                   10

**Last 4 digits** of any number you use to identify the debtor's account:    6   9   1   0

**Property address:**      395 NORTH HAMPTON STREET
                       Number      Street

                       KINGSTON,           PA      18704-
                       City                 State      ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3:   Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 530.13 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 530.13 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 530.13 |

Case 5:23-bk-00251-MJC    Doc 34    Filed 02/24/26    Entered 02/24/26 07:41:08    Desc
Main Document     Page 1 of 3

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/Donna Schott, Funds Manager          Date   2 / 24 / 2026
   Signature

Trustee    Jack              N          Zaharopoulos
           First Name        Middle Name   Last Name

Address    8125 Adams Drive, Suite A
           Number           Street

           Hummelstown              PA         17036
           City                     State      ZIP Code

Contact phone  ( 717 ) 566 – 6097          Email  info@pamd13trustee.com

Case 5:23-bk-00251-MJC   Doc 34   Filed 02/24/26   Entered 02/24/26 07:41:08   Desc
Main Document     Page 2 of 3

# Disbursements for Claim

**Case: 23-00251      ROSE MARIE ZIMINSKY**

**NATIONSTAR MORTGAGE**
PO BOX 619094

DALLAS, TX   75261-9741

Acct No: 6910 - PRE-ARREARS - Northa

ARREARS - 395 NORTHAMPTON STREET

Sequence:  24
Modify:
Filed Date:
Hold Code:

| | | | | | Debt: | $530.13 | Interest Paid: | $0.00 |
| Amt Sched: | | | $28,773.44 | | | | Accrued Int: | $0.00 |
| Amt Due: | | | $0.00 | | Paid: | $530.13 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 01/21/2026 | 2055416 | $64.71 | $0.00 | $64.71 | |
| 520-0 | NATIONSTAR MORTGAGE | | 12/17/2025 | 2054491 | $141.68 | $0.00 | $141.68 | 12/30/2025 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/19/2025 | 2053533 | $141.68 | $0.00 | $141.68 | 12/02/2025 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/10/2025 | 2052542 | $141.68 | $0.00 | $141.68 | 10/22/2025 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/16/2025 | 2051632 | $40.38 | $0.00 | $40.38 | 09/25/2025 |
| | | | Sub-totals: | | $530.13 | $0.00 | $530.13 | |
| | | | Grand Total: | | $530.13 | $0.00 | | |